# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs-Appellants, | ) 2:02-cv-00877-RLH-PAL |
| vs. | ) U.S.C.A. No. 04-16380 |
| SUMMIT LANDSCAPE COMPANIES, INC., *et al.*, | ) |
| Defendants-Appellees. | ) |

# ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on September 21, 2006, issued its order **REVERSING and REMANDING** the judgment of the District Court, and the Court being fully advised in the premises, **NOW, THEREFORE, IT IS ORDERED** that the mandate be spread upon the records of this Court. **IT IS FURTHER ORDERED** this matter is scheduled for a Status Hearing regarding the Remand on October 20, 2006 at 11:30 a.m.

Dated this 5th day of October, 2006.

*Roger L. Hunt*
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE