**FILED**

DEC 18 2006

CATHY A. CATTERSON
CLERK U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> REDLAND INSURANCE COMPANY; et al., <br><br> Defendants - Appellees, <br><br> v. <br><br> SUMMIT LANDSCAPE COMPANIES, INC., a California corporation; et al., <br><br> Defendants-third-party-plaintiffs - Appellees, <br><br> v. <br><br> LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872; et al., <br><br> Third-party-defendants - Appellees. | No. 04-16380 <br><br> D.C. No. CV-02-00877-RLH <br> District of Nevada, Las Vegas <br><br> ORDER |

2006 DEC 20 P 12: 55

The court will initiate a further assessment conference by telephone on January 17, 2007, at 3:00 p.m. **PACIFIC (San Francisco) Time**.

>                           FOR THE COURT
>
>                           *[signature]*
>                           Stephen Liacouras
>                           Circuit Mediator