Andrew S. Brignone, Esq.
Nevada Bar No. 751
Adam P. Segal, Esq.
Nevada Bar No. 6120
Nathan T.H. Lloyd, Esq.
Nevada Bar No. 9106
BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada  89101
Off:  (702) 382-2101
Fax:  (702) 382-8135

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT LANDSCAPE COMPANIES, INC., et al.,<br><br>Defendants. | Case No. 2:02-CV-877-RLH-PAL<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, on February 18, 2004, Plaintiffs, Trustees of the Laborers Joint Trust Funds (the "Laborers Joint Trust Funds") obtained judgment against American Motorists Insurance Company's ("AMICO"), Summit Landscape Companies, Inc., a California corporation; South Shores Residential and Commercial Development Corporation, a California corporation; South Shores Residential and Commercial Development Corporation d/b/a Summit Landscape Services ("Summit"), Lake Mead Constructors, a Joint Venture between Kiewit Western Co., a Delaware corporation, and Gilbert Western Corp. ("Lake Mead"), and Redlands Insurance Co. ("Redlands") in the above-entitled action in the amount of $289,682.93 in unpaid contributions, interest on unpaid contributions in the amount of $53,860.11, and liquidated damages in the amount of

1

$53,860.11, and said judgment having been fully paid. The judgment was recorded in Book 20040305 as Document No. 03576 in the Office of the Recorder of Clark County, Nevada.

AND WHEREAS, the Laborers Joint Trust Funds additionally incurred attorneys' fees and costs related to the above-entitled action to which they were legally entitled as part of said judgment, and as a result of settlement regarding said attorneys' fees and costs with AMICO, Summit and Lake Mead, the Laborers Joint Trust Funds have agreed to execute this Satisfaction of Judgment as to AMICO, Summit and Lake Mead.

THEREFORE, in consideration of the payments received, as the legal owners and holders of the judgment, the Laborers Joint Trust Funds declare the judgment against AMICO, Summit and Lake Mead fully satisfied.

DATED this 12th day of January, 2007.

BROWNSTEIN HYATT FARBER SCHRECK

/s/ Nathan T.H. Lloyd
Andrew S. Brignone, Esq., No. 751
Adam P. Segal, Esq., No. 6120
Nathan T.H. Lloyd, Esq., No. 9106
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Off: (702) 382-2101
Fax: (702) 382-8135

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck and that on this day I caused to be served via electronic mail and/or deposited for mailing in the U.S. Mail at Las Vegas, Nevada, a true copy of the **SATISFACTION OF JUDGMENT** enclosed in a sealed envelope upon which first class postage was prepaid to:

Lead Counsel:
Josef M. Rodarti, Esq.
Thanh Nguyen, Esq.
The Rodarti Group
15 Enterprise, Suite 120
Aliso Viejo, California  92656
Off:     (949) 831-0303
Fax:    (949) 831-0343

Attorneys for Summit Landscape Companies, Inc., a California corporation; South Shores Residential and Commercial Development Corporation, a California corporation;  South Shores Residential and Commercial Development Corporation dba Summit Landscape Services

| Lead Counsel: | Local Counsel: |
|---|---|
| David A. Rosenfeld, Esq. | Kristina L. Hillman, Esq. |
| Weinberg, Roger & Rosenfeld | Law Offices of Kristina Hillman |
| 180 Grand Avenue, Suite 1400 | 691 Sierra Rose Drive, Suite A |
| Oakland, California  94612 | Reno, Nevada  89511 |
| Off:     (510) 839-6600 | Off:     (510) 839-6600 |
| Fax:    (510) 891-0400 | Fax:    (510) 891-0400 |

Attorneys for Laborers International Union of North America Local 872; Jose Juan Cruz; Herbiberto Marin Garcia; Arturo P. Gonzales; Jesus C. Gonzales; Raul Gutierrez, Jr.; Jose Luis Jaureguir; Deron C. Jonson; Diaz Edgar Lopez; Pedro Martinez-Diaz; Orthon Medina; Sergio Robles-Cabanilla; Jose Ruiz-Medina; Ignacio Medina Ruiz; Manuel Quintero, Pablo Cardenas-Manzano, Armando Castro, Alejandro Corona, Sean Fowler, Victor Gillen, Adam Jacome, Alvaro Jacome, and Maris Linares-Balanos

| 04/14/05 Notice of Withdrawal as Counsel | Steven H. Elizer |
|---|---|
| ~~Kurt C. Faux, Esq.~~ | Construction Consulting and |
| ~~Faux & Associates, P.C.~~ | Disbursement Services, Inc. |
| ~~2785 East Desert Inn Road, Suite 270~~ | 900 Shokie Blvd., # 208 |
| ~~Las Vegas, Nevada  89121~~ | Northbrook, IL 60062 |
| ~~Off:     (702) 458-5790~~ | |
| ~~Fax:    (702) 458-5794~~ | |

Attorneys for American Motorists Insurance Company

Eric A. Stovall, Esq.
Eric A. Stovall, Ltd.
200 Ridge Street
Suite 200
Reno, Nevada 89501
Off:   (775) 337-1444
Fax:   (775) 337-1442

Attorneys for Redland Insurance Company

| | |
|---|---|
| Kurt C. Faux, Esq. | John P. Carpenter. Esq. |
| Faux & Associates, P.C. | Lake Mead Constructors |
| 2785 East Desert Inn Road, Suite 270 | Kiewit Plaza |
| Las Vegas, Nevada  89121 | Omaha, Nebraska  68131 |
| Off:   (702) 458-5790 | Off:   (402) 536-3673 |
| Fax:   (702) 458-5794 | Fax:   (702) 271-2830 |

Attorneys for Lake Mead Constructors, a Joint Venture between Kiewit Western co., a Delaware corporation, and Gilbert Western Corp.

Dated:  January 12, 2007           /s/ Olivia A. Rodriguez_____
                                   An Employee of Brownstein Hyatt Farber Schreck

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

4